56604. BARNES v. ALLEN KANE'S MAJOR DODGE, INC. et al.
56605. ALLEN KANE'S MAJOR DODGE, INC. v. BARNES.

Smith, Judge.
On certiorari to the Supreme Court, Division I — Respondeat Superior — of this case was reversed. Therefore, Division I as published in *Barnes v. Allen Kane's Major Dodge, Inc.,* 148 Ga. App. 332 (1978), is vacated and the opinion of the Supreme Court in *Allen Kane's Major Dodge, Inc. v. Barnes,* 243 Ga. 776 (1979), is adopted as the decision of this court.

*Judgment reversed in Case No. 56604; affirmed in Case No. 56605. Deen, P. J., and Banke, J., concur.*

Decided October 19, 1979.

*Charles E. Walker, Dan B. Wingate, J. M. Hudgins, IV, John H. Stanford, Jr.,* for appellants.
*Donald M. Fain, Nicholas C. Moraitakis,* for appellees.